# United States Court of Appeals

## For the First Circuit

No. 19-1992

UNITED STATES OF AMERICA,

Appellee,

v.

LUIS RIVERA RUIZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 4, 2022, is amended as follows:

On page 15, line 23, "Davilla" should be "Davila".

On page 23, line 7, "Davilla" should be "Davila".

On page 24, line 14, "Davilla" should be "Davila